

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach Division)

CASE NO.

**08-80309-Civ-MIDLEBROOKS/JOHNSON**

DIANE WILDER,
Individually and on behalf
Of all other persons similarly
Situated,

    Plaintiff,

v.

LANA MARKS LTD., INC., a Florida For
Profit Corporation, and LANA J. MARKS,
Individually,

    Defendants.
_____/

## COMPLAINT

COMES NOW the Plaintiff, DIANE WILDER (hereinafter "WILDER" or "PLAINTIFF"), by and through her undersigned counsel, and sues the Defendants, LANA MARKS LTD, INC. and LANA J. MARKS (hereinafter collectively "MARKS" or "DEFENDANTS"), and declares and avers as follows:

1.   PLAINTIFF is a former employee of MARKS. PLAINTIFF brings this action for overtime compensation and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. §201, *et seq.* (hereinafter referred to as the "FLSA").

2.   PLAINTIFF is a resident of Palm Beach County, Florida and is within the



jurisdiction of this Court.

3. LANA MARKS LTD., INC. is a Florida for-profit corporation that sells high-end handbags and related products in the Southern District of Florida, and employed PLAINTIFF in the Southern District of Florida. LANA MARKS LTD., INC. is within the jurisdiction of this Court.

4. This action is brought to recover unpaid overtime compensation, liquidated damages, costs, and reasonable attorneys' fees, as well as for declaratory and injunctive relief, under the provisions of the FLSA, 29 U.S.C. §201, *et seq.*, and specifically under 29 U.S.C. §216(b).

5. Jurisdiction is conferred on this Court by 28 U.S.C. §1337 and by 29 U.S.C. §216(b). At all times pertinent to this Complaint, MARKS was an enterprise engaged in interstate commerce or in the production of goods for commerce as defined in §3(r) and 3(s) of the Act, 29 U.S.C. §203(r) and 203(s). The annual gross sales volume of MARKS was in excess of $500,000.00 per annum.

6. PLAINTIFF was employed as an administrative assistant, performing office and secretarial work, and worked in excess of forty (40) hours per work week, but did not receive time and a half wages for all of their hours worked in excess of forty (40) within a work week.

7. MARKS willfully and recklessly denied the correct compensation to WILDER, who should have been paid overtime for hours worked over forty (40) per week in conformity with the regulations that require bonuses to be figured into the appropriate overtime


HANKIN & ATOR
ATTORNEYS AT LAW

compensation.

8. The records, if any, concerning the number of hours actually worked by PLAINTIFF are in the possession and custody of MARKS.

9. PLAINTIFF is entitled to be paid time and one-half of her regular hourly rate (calculated in accordance with the federal regulations) for each hour worked in excess of forty (40) hours per work week.

10. By reason of the intentional, willful and unlawful acts of MARKS, PLAINTIFF has suffered damages, plus incurring costs and attorneys fees.

11. As a result of MARKS's willful violations of the Fair Labor Standards Act, as alleged above, PLAINTIFF is entitled to liquidated damages.

## COUNT I: RECOVERY OF OVERTIME COMPENSATION
## PLAINTIFF WILDER

12. PLAINTIFF WILDER adopts the allegations contained in paragraphs 1 through 11, above.

WHEREFORE, PLAINTIFF WILDER demands judgment against LANA MARKS LTD., INC. and LANA J. MARKS individually, for declaratory relief, unpaid overtime payments due her for the hours worked by her for which she has not been properly compensated, plus an equal amount in liquidated damages, prejudgment and post-judgment interest, reasonable attorneys' fees and costs of suit, and for all other relief the Court deems just and proper.



HANKIN & PATOR
ATTORNEYS AT LAW

## JURY TRIAL DEMAND

WILDER DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

                                      Respectfully submitted,

                                      HANKINS & ATOR, PL
                                      Attorneys for PLAINTIFFS
                                      4600 Military Trail, Ste. 217
                                      Jupiter, FL 33458
                                      www.hankinsator.com

By: _____
                                      Robyn S. Hankins
                                      rsh@hankinsator.com
                                      Florida Bar No. 0008699
                                      Jennifer J. Ator
                                      jja@hankinsator.com
                                      Florida Bar No. 0120911



# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)  **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
DIANE WILDER

**DEFENDANTS**
LANA MARKS LTD., INC and LANA J MARKS

(b) County of Residence of First Listed Plaintiff: PALM BEACH
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: PALM BEACH
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
HANKINS & ATOR, PL
4600 MILITARY TRAIL, STE. 217
JUPITER, FL 33458

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)
UNKNOWN

(d) Check County Where Action Arose: ☐ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☒ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

08CV80309 Dmm/LRJ

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS —Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed- (see VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):

a) Re-filed Case ☐ YES ☒ NO     b) Related Cases ☐ YES ☒ NO

JUDGE                     DOCKET NUMBER

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

FBN 08699

LENGTH OF TRIAL via 2 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE: March 20, 2008

FOR OFFICE USE ONLY  AMOUNT 350  RECEIPT # 72342