UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80309-MIDDLEBROOKS/JOHNSON

DIANE WILDER,
Individually and on behalf of
all other person similarly
situated,

    Plaintiff,

v.

LANA MARKS, LTD, INC., a Florida for
Profit Corporation, and LANA J. MARKS,
Individually,

    Defendants.
_____/

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

COME NOW, Defendants LANA MARKS, LTD, INC., a Florida for Profit Corporation, and LANA J. MARKS, Individually, by and through the undersigned counsel, pursuant to Rule 7.1, A.1(j), S.D. Fla. L.R., to hereby move the Court for an extension of time to respond to the Complaint. Defendants state as follows:

1. Unless otherwise extended, Defendants' Response to the Complaint is due on April 23, 2008.

2. Defendants request a fourteen (14) day extension to respond to Plaintiff's Complaint.

3. Counsel for both parties have communicated extensively with each other and have agreed to work toward a resolution and/or stipulated settlement in this matter.

However, reaching such an agreement will require additional time to finalize the details. The parties will use the extension to finalize the details of a settlement.

4. This is Defense Counsels' first request for an extension of time to respond to the Complaint. Counsel for Defendants moves for an extension based on good cause shown above and not for the purpose of unnecessary delay.

5. Counsel for Defendants has discussed the possibility of this extension with Plaintiffs' counsel. However, Defendants' Counsel was not able to reach Plaintiff's Counsel to discuss whether Plaintiff's counsel was specifically opposed or unopposed to this extension.

WHEREFORE, Defendants move the Court for an order granting a fourteen day (14) day extension of time for the Defendants to respond to Plaintiffs' Complaint.

I HEREBY CERTIFY that the foregoing motion was electronically filed on April 23, 2008 with the Clerk of the Court using CM/ECF and faxed to and/or electronically served on Robyn S. Hankins, Plaintiffs' Counsel, who is a registered CM/ECF filing user.

/s/Robert Rivas
Florida Bar No.: 896969
Bruce Culpepper
Florida Bar No.: 898252
Sachs & Sax
310 W. College Ave., Third Floor
Tallahassee, FL 32301-7710
Phone: (850) 412-0306
Fax: (850) 412-0909
Attorneys for Defendants
RobRivas@sslawfl.com