UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-80309-MIDDLEBROOKS/JOHNSON

DIANE WILDER,
Individually and on behalf of
all other person similarly
situated,

    Plaintiff,
v.

LANA MARKS, LTD, INC., a Florida for
Profit Corporation, and LANA J. MARKS,
Individually,

    Defendants.
_____/



## ORDER

This matter is before the Court upon the Plaintiff's Notice of Voluntary Dismissal (DE 6). The Court has reviewed the submissions of counsel and is otherwise fully advised in the premises.

As the defendants have not answered or filed a motion for summary judgment, the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure have been met.

Accordingly, it is

**ORDERED AND ADJUDGED** that the above-styled action is hereby DISMISSED. The Clerk of Court shall CLOSE this case. All pending motions are DENIED AS MOOT.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida this ___ day May, 2008.

                              DONALD M. MIDDLEBROOKS
                              UNITED STATES DISTRICT JUDGE

Copies furnished: counsel of record